=====================================================================

# *UNITED STATES DISTRICT COURT*
# *---------- DISTRICT OF MARYLAND -------*

### APPEARANCE

**UNITED STATES OF AMERICA**

        **v.**　　　　　　　　　　　　　**Case No. 10-579M**

**JAMES JENKINS**

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for James Jenkins.  I certify that I am admitted to practice in this court.

| | |
|---|---|
|  3-11-10 | /s/ |
| Date | MELISSA M. MOORE |
| | Assistant Federal Public Defender |
| | 100 South Charles Street |
| | Tower II, 9th Floor |
| | Baltimore, Maryland  21201 |
| | Phone: 410-962-3962 |
| | Fax: 410-962-0872 |
| | Melissa_Moore@fd.org |